UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.    **CV 18-1352 MWF (MRWx)**                                 Date:  March 26, 2018

Title        **Luis Villegas v. Alan Artunian, et al.**

---

Present: The Honorable:      MICHAEL W. FITZGERALD, United States District Judge


| Rita Sanchez | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**    **ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**


        Plaintiff is ordered to show cause, in writing, no later than **April 6, 2018** why this action should not be dismissed for lack of prosecution.  The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:


☐    Proof of service of summons, complaint, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet.

☒    Answers by the defendants or applications for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

☐    An application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)


        No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.


        IT IS SO ORDERED.


                                                                Initials of Preparer:  RS/sjm

---

CV-90 (03/15)                              Civil Minutes – General                              Page **1** of **1**