UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    2:18-cv-01352-MWF-MRW                                Dated: May 29, 2018

Title:      Luis Villegas v. Alan Artunian et al

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

In light of the Notice of Settlement filed May 25, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for July 30, 2018 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                      Initials of Deputy Clerk   rs
CIVIL - GEN

-1-